

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Nakota Trucking, LLC,

\* From the 441st District Court
of Midland County,
Trial Court No. CV57290.

No. 11-23-00238-CV

\* December 14, 2023

Jesus Gutierrez, Roberto Rios, and
Noel Aguirre,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Nakota Trucking, LLC's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Nakota Trucking, LLC.